

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-21-00053-CV

**IN RE** Arlette Dominguez Gallegos **BELVER** and FAV Swimmers II, LLC, Relators

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED. The Real Party in Interest's Motion for Partial Dismissal is DENIED.

It is so **ORDERED** on March 3, 2021 .

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CI20964, styled *Drew v. Belver*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.